UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Selma Selimovic

    v.                                  Civil No. 11-cv-076-LM

Chartwell Hotels, LLC, et al.

O R D E R

    On today's date, a preliminary pretrial conference was held in this case. The following attorneys appeared: Attorney Stephen T. Martin for plaintiff and Attorney Sean T. O'Connell for defendants. After discussing the terms of the parties' proposed discovery plan, counsel agreed to file an updated discovery plan that will reflect the additional details agreed upon by counsel and the court. In light of counsels' agreement to file an updated plan, the parties Proposed Discovery Plan (doc. no. 6) is not approved. Counsel shall file the updated discovery plan on or before June 1, 2011.

    SO ORDERED.

                                                    _____
                                                    Landya B. McCafferty
                                                    United States Magistrate Judge

Date: May 25, 2011

cc:   Seth J. Hipple, Esq.
       Stephen T. Martin, Esq.
       Sean T. O'Connell, Esq.